

# NUMBER 13-25-00246-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CAPITOL IMAGING SERVICES
AND RADIOLOGY IMAGING OF
SOUTH TEXAS, LLP,                                                                        Appellants,

v.

MERIDA CHARLES,                                                                                  Appellee.

## ON APPEAL FROM THE 117TH DISTRICT COURT
## OF NUECES COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Fonseca**
**Memorandum Opinion by Justice West**

The cause is before the court on its own motion.  The clerk's record was due to be filed on or before May 15, 2025. On May 16, 2025, the Clerk of the Court notified appellant that the deputy district clerk, Angela Garcia, had notified the Court that appellant had failed to make arrangements for payment of the clerk's record. Appellant was notified that unless it made arrangements to pay for the clerk's record and proof of payment was

provided to the Court within ten days, the appeal was subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 37.3(b). On June 20, 2025, via letter correspondence, appellant indicated progress towards making payment for the clerk's record and that it would be paid for during the week of June 23, 2025. To date, we have not received the clerk's record, and on June 27, 2025 and July 8, 2025, the district clerk's office confirmed that the record had not yet been paid for.

Furthermore, on May 6, 2025, the Clerk of the Court instructed the appellant to remit a $205.00 filing fee within ten days from the date of the notice. On June 24, 2025, The Clerk of this Court notified appellant that it was delinquent in remitting a $205.00 filing fee. The Clerk of this Court notified appellant the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of the letter. TEX. R. APP. P. 42.3(c).

No clerk's record has been filed due to appellant's failure to pay or make payment arrangements, and appellant has otherwise failed to comply with a notice from the Clerk of the Court requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* R. 37.3(b), 42.3(b), (c).

JON WEST
Justice

Delivered and filed on the
31st day of July, 2025.

2